UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 11-38699-BKC-EPK
PROCEEDING UNDER CHAPTER 13

IN RE:

MARC FRANK KALLEN
XXX-XX-3184

DEBTOR_____/

## NOTICE OF DEPOSIT OF FUNDS WITH
## THE UNITED STATES BANKRUPTCY COURT CLERK

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of **$2,904.81** remaining in her bank account which represents unpresented checks drawn and mailed to OCEAN MOTORCYCLES, INC./IAN WEST pursuant to the final distribution under U.S.C. 726, 1226, or 1326 in a case under the Chapter 13 in the above-named case. The Trustee has made a good faith effort to verify the correct mailing address for said entities and to deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment.

Attached and made a part of this notice, is a list, pursuant to Bankruptcy Rule 3001, of the names, claim numbers and addresses of the claimants and the amounts to which each is entitled.

**WHEREFORE,** the Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the United States Bankruptcy Court, Southern District of Florida, to effect closing this estate.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice Of Deposit of Funds was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 22nd day of February, 2017.

*/s/ Robin R. Weiner*
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

NOTICE OF DEPOSIT OF FUNDS
CASE NO.:  11-38699-BKC-EPK

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
MARC FRANK KALLEN
11383 WOODCHUCK LANE
BOCA RATON, FL  33428

**ATTORNEY FOR DEBTOR**
JEFFREY H. TROMBERG, ESQUIRE
7200 WEST CAMINO REAL
SUITE 102
BOCA RATON, FL  33433

NOTICE OF DEPOSIT OF FUNDS
CASE NO.: 11-38699-BKC-EPK

ATTACHMENT

# NOTICE OF DEPOSIT OF FUNDS WITH
# THE UNITED STATES BANKRUPTCY COURT CLERK

### ATTACHMENT - LISTING OF CLAIMANT

**CASE NO.: 11-38699-BKC-EPK**

CREDITOR NO.: 311046

COURT CLAIM NO.: 16

CLAIMANT: OCEAN MOTORCYCLES, INC./IAN WEST
C/O ELLIOT L. BRESSLOER, ESQ.
6278 N. FEDERAL HIGHWAY
#501
FORT LAUDERDALE, FL  33308